AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC.,<br><br>*Plaintiff(s)*<br>v.<br>ENGEL & VOLKERS WELLINGTON, d/b/a CARR SOLLAK REALTY PALM BEACH, LLC, a Florida Limited Liability Company, and MARIA ALEJANDRA OROZCO, an individual<br>*Defendant(s)* | Civil Action No. 9:23-cv-81069-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ENGEL & VOLKERS WELLINGTON, d/b/a CARR
SOLLAK REALTY PALM BEACH, LLC
c/o AMY CARR as REGISTERED AGENT
10620 Forest Hill Blvd., Suite 40
Wellington, FL 33414.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KELLY ANN desROSIERS
THE LOMNITER LAW FIRM, PA
7999 NORTH FEDERAL HIGHWAY
SUITE 202
BOCA RATON, FLORIDA 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:  Jul 21, 2023

**SUMMONS**

*s/ N. Cubic*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., <br><br> *Plaintiff(s)* <br> v. <br> ENGEL & VOLKERS WELLINGTON, d/b/a CARR SOLLAK REALTY PALM BEACH, LLC, a Florida Limited Liability Company, and MARIA ALEJANDRA OROZCO, an individual <br> *Defendant(s)* | Civil Action No. 9:23-cv-81069-RLR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARIA ALEJANDRA OROZCO
10620 Forest Hill Blvd., Suite 40
Wellington, FL 33414.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KELLY ANN desROSIERS
THE LOMNITER LAW FIRM, PA
7999 NORTH FEDERAL HIGHWAY
SUITE 202
BOCA RATON, FLORIDA 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jul 21, 2023

**SUMMONS**

*s/ N. Cubic*

Deputy Clerk
U.S. District Courts